ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREGG BRENTS AND<br>THE BRENTS CONSULTING<br>GROUP, LLC.,<br><br>          *Plaintiffs*<br><br>     v.<br><br>ESPRIT DE CORPS RESOURCE<br>GROUP, LLC, JAMES S. HUTZEL,<br>JOANNA HUTZEL, MARSHEILA<br>DEVAN, ELIZABETH ROGERS,<br>KREGG R. HOOD, AND<br>DAVID HUGGINS,<br><br>          *Defendants.* | Civil Action No. 3:02CV1958 (DJS)<br><br><br><br><br><br>October 24, 2003 |

**PLAINTIFFS' MOTION FOR A STATUS CONFERENCE**

Plaintiffs Gregg Brents and the Brents Consulting Group, LLP respectfully move this Court to schedule a status conference with the parties to discuss the schedule in this case.

As this Court is aware, this case has been effectively stayed since Defendants filed their motion to enforce an alleged settlement agreement in July 2003. A settlement conference before the Hon. Thomas P. Smith was held on September 23, 2003, and while the parties have continued those discussions since that time, it is unclear whether those efforts will succeed. In the meantime, no discovery has taken place, and the Court-ordered discovery deadlines have passed. Because this delay is prejudicing Plaintiffs -- Defendants continue to infringe on Plaintiffs' copyrights and evidence is getting

stale with time -- Plaintiffs respectfully request a conference with the Court to discuss the schedule in this case.

>Respectfully submitted,
>
>_____
>Edward R. Scofield (ct00455)
>
>ZELDES, NEEDLE & COOPER, P.C.
>1000 Lafayette Blvd.
>P.O. Box 1740
>Bridgeport, CT 06601-1740
>Phone: (203) 333-9441
>Fax: (203) 333-1489
>E-Mail: escofield@znclaw.com
>
>*Counsel for Plaintiffs Gregg Brents and Brents Consulting Groups LLC*

Of Counsel:

Kumiki Gibson
Shana Fulton
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: (202) 434-5000
Fax: (202) 434-5029

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October, 2003, a copy of Plaintiffs' Motion for a Scheduling Conference was served by facsimile and U.S. Mail upon:

Daniel L. Schwartz
DAY, BERRY & HOWARD LLP
One Canterbury Green
Stamford CT 06901

Sandra K. Davis
BROWN RUDNICK BERLACK ISRAELS LLP
CityPlace I, 38th Floor
185 Asylum Street
Hartford, CT 06103-3402

_____
Edward R. Scofield