UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **GREGG BRENTS, ET AL**<br>    Plaintiffs | : |
| v. | : CIVIL NO.: 3:02cv1958(DJS) |
| **ESPRIT DE CORPS RESOURCE GROUP, LLC, ET AL**<br>    Defendants | : |

### ORDER

The Defendant, Elizabeth Rogers' Motion for Extension of Time to File Motion to Compel Discovery from Plaintiffs (Doc. #88) is hereby **GRANTED** until 20 days after the ruling on defendants' Motion for Enforcement of Settlement or until such time as the Court addresses discovery in this matter**.**  The Plaintiffs' Motion for a Status Conference (Doc. #90) is hereby **GRANTED**.  The parties shall call chambers the week of **February 2, 2004** to set up a telephone conference.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   12th    day of January, 2004.

/s/DJS
Dominic J. Squatrito
United States District Judge