# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

………………………………………………...X
:
GREGG BRENTS and THE : 
BRENTS CONSULTING GROUP, LLC :
: Civil Case No.
           Plaintiffs, : 302CV 1958 DJS
    -against- :
:
ESPRIT DE CORPS RESOURCE :
GROUP, LLC, JAMES S. HUTZEL, :
JOANNA HUTZEL, MARSHEILA DEVAN, :
ELIZABETH ROGERS, :
KREGG R. HOOD and :
DAVID HUGGINS, :
           Defendants. :
………………………………………………...X   January 22, 2004

**JOINT MOTION OF PLAINTIFFS AND DEFENDANT,
ELIZABETH ROGERS, FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

On December 29, 2003, Plaintiffs and Defendant Elizabeth Rogers (collectively, "Parties") settled all claims and counterclaims asserted by and against each of them in this action, in accordance with the terms and conditions set forth in a Confidential Settlement Agreement and General Release ("Settlement Agreement") executed by both parties. In accordance with the Settlement Agreement, Pursuant to Fed. R. Civ. P. 41 and D. Conn. L. Civ.

1

R. 5, the Parties have agreed to dismiss all claims asserted against each other in this litigation in accordance with the proposed Order, a copy of which is annexed as Exhibit 1.

Under Local Rule 5(d)1, the parties now jointly seek advance permission of the Court to file the Confidential Settlement Agreement under seal without submitting the document to be sealed. Upon receiving the Court's permission, the parties propose to file the Confidential Settlement Agreement under seal and to move contemporaneously for the entry of the Order that is annexed as Exhibit 1 to this motion.

By virtue of the attached certificate of service, all counsel of record have been given notice of this Motion and proposed Order.

                    PLAINTIFFS, GREGG BRENTS and THE BRENTS CONSULTING GROUP, LLC

_____       _____
Date                   Edward R. Scofield
                       Zeldes, Needle & Cooper
                       1000 Lafayette Boulevard
                       Bridgeport, CT 06601-1740
                       Tel. (203) 333-9441
                       Fax: (203) 333-1489
                       e-mail: escofield@znclaw.com
                       ATTORNEY FOR PLAINTIFFS

DEFENDANT, ELIZABETH ROGERS


_____     _____
Date            Sandra K. Davis, ct020175
                Brown Rudnick Berlack Israels LLP
                CityPlace I, 38th Floor
                185 Asylum Street
                Hartford, CT  06103-3402
                Tel: (860) 509-6521
                Fax: (860) 509-6501
                e-mail: sdavis@brbilaw.com
                ATTORNEY FOR DEFENDANT, ELIZABETH ROGERS

## CERTIFICATE OF SERVICE

This is to certify that on this 23rd day of January, 2004, a copy of the foregoing Motion and proposed Order were sent, via regular mail, to:

    Stephen P. McNamara
    St. Onge Steward Johnston & Reens, LLC
    988 Bedford Street
    Stamford, CT 06905

    Daniel L. Schwartz
    Day, Berry & Howard LLP
    One Canterbury Green
    Stamford, CT  06901

    Kumiki Gibson
    Williams & Connolly LLP
    725 Twelfth Street N.W.
    Washington, DC 20005-5901

    Jacob D. Zeldes
    Edward R. Scofield
    Zeldes, Needle & Cooper, P.C.
    1000 Lafayette Blvd., Suite 500
    Bridgeport, CT 06604

    _____
    Sandra K. Davis

40181322 v\1 - davissk   - x83%01!.doc   - 23407/1