# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

……………………………………………………....X
:
GREGG BRENTS and THE :
BRENTS CONSULTING GROUP, LLC :
: Civil Case No.
Plaintiffs, : 302CV 1958 DJS
-against- :
:
ESPRIT DE CORPS RESOURCE :
GROUP, LLC, JAMES S. HUTZEL, :
JOANNA HUTZEL, MARSHEILA DEVAN, :
ELIZABETH ROGERS, :
KREGG R. HOOD and :
DAVID HUGGINS, :
Defendants. :
……………………………………………………....X

### STIPULATED ORDER AND PARTIAL JUDGMENT
### BETWEEN PLAINTIFFS AND DEFENDANT ELIZABETH ROGERS

On December 29, 2003, Plaintiffs and Defendant Rogers (collectively, "Parties") settled all claims and counterclaims asserted by and against each of them in this action, in accordance with the terms and conditions set forth in the Confidential Settlement Agreement and General Release ("Settlement Agreement"), a copy of which is attached hereto as Exhibit A. In accordance with that agreement and with this Court's determination that this settlement is in the best interest of these Parties, IT IS HEREBY ORDERED that:

1

1.      The Settlement Agreement shall be FILED UNDER SEAL as an attachment to this Stipulated Order and Partial Judgment;

2.      All terms and conditions of the Settlement Agreement, which are incorporated by reference as if fully set forth herein, are hereby APPROVED, and the Parties are DIRECTED to comply with all terms and conditions;

3.      All CLAIMS asserted in this action AGAINST DEFENDANT ELIZABETH ROGERS are DISMISSED WITH PREJUDICE;

4.      All COUNTERCLAIMS asserted in this action BY DEFENDANT ELIZABETH ROGERS are DISMISSED WITH PREJUDICE;

5.      The MOTION TO ENFORCE SETTLEMENT AGREEMENT filed by Defendant Rogers and currently pending before this Court is DENIED as moot;

6.      Nothing in this Stipulated Order and Partial Judgment Between Plaintiffs and Defendant Rogers shall disturb, affect, or prejudice in any way any of the claims against Defendants Esprit de Corps Resource Group LLC, James S. Hutzel, Joanna Hutzel, Marsheila DeVan, Kregg R. Hood, and/or David Huggins ("Non-Released Parties"), or any of the counterclaims asserted by the Non-Released Parties;

7.      Each Party shall bear its own attorneys fees and costs; and

      8.      This Court shall RETAIN JURISDICTION of this action for the purpose of enforcing this Stipulated Order and Judgment, enforcing or interpreting the Settlement Agreement, or to take such other action as the Court deems necessary.

      SO ORDERED, this _____ day of _____-, 2004.

      _____

      DOMINIC J. SQUATRITO, U.S.D.J.