UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **GREGG BRENTS, ET AL**<br>    **Plaintiffs** | : |
| v. | : CIVIL NO.: 3:02cv1958(DJS) |
| **ESPRIT DE CORPS RESOURCE GROUP, LLC, ET AL**<br>    **Defendants** | : |

**ORDER**

The Joint Motion of Plaintiffs and Defendant, Elizabeth Rogers', for Leave to File Document Under Seal (Doc. #92) is hereby **GRANTED**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __26th__ day of January, 2004.

   /s/DJS                                      
Dominic J. Squatrito
United States District Judge