UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT



............................................................X
:
GREGG BRENTS and THE                            :
BRENTS CONSULTING GROUP, LLC                    :
:                    Civil Case No.
            Plaintiffs,              :                    302CV 1958 DJS
    -against-                                   :
:
ESPRIT DE CORPS RESOURCE                        :
GROUP, LLC, JAMES S. HUTZEL,                    :
JOANNA HUTZEL, MARSHEILA DEVAN,                 :
ELIZABETH ROGERS,                               :
KREGG R. HOOD and                               :
DAVID HUGGINS,                                  :
            Defendants.              :
............................................................X    JANUARY 27, 2004

**CONSENTED MOTION OF PLAINTIFFS AND DEFENDANT,**
**ELIZABETH ROGERS, FOR ORDER OF DISMISSAL PURSUANT TO SETTLEMENT**

Plaintiffs and Defendant Elizabeth Rogers (collectively, "Parties") jointly move the Court to enter the Order attached hereto as Exhibit 1 pursuant to the Confidential Settlement Agreement and General Release ("Settlement Agreement") executed by both parties. The Settlement Agreement is also filed herewith, under seal, pursuant to the Court's Order of January 26, 2004.

1

The Parties settled all claims and counterclaims asserted by and against each of them in this action, in accordance with the terms and conditions set forth the Settlement Agreement. In accordance with the Settlement Agreement, and pursuant to Fed. R. Civ. P. 41, the Parties have agreed to dismiss all claims asserted against each other in this litigation in accordance with the following Order, which the Parties now move this Court to enter.

On January 23, 2004, the Parties filed a Joint Motion for Leave to File Document under Seal pursuant to D. Conn. L. Civ. R. 5. The Court granted that Motion on January 26, 2004. The sealed Settlement Agreement is hereby attached to the proposed Order pursuant to Local Rule 5.

Counsel for the plaintiffs has reviewed this Motion and the attached proposed Order and plaintiffs jointly move for the entry of the Order in accordance with this Motion.

By virtue of the attached certificate of service, all counsel of record have been given notice of this Motion and proposed Order.

DEFENDANT, ELIZABETH ROGERS

1/27/04
Date

*Sandra K. Davis* (signature)
Sandra K. Davis, ct020175
Brown Rudnick Berlack Israels LLP
CityPlace I, 38th Floor
185 Asylum Street
Hartford, CT 06103-3402

## CERTIFICATE OF SERVICE

This is to certify that on this 27th day of January, 2004, a copy of the foregoing Motion and proposed Order were sent, via regular mail, to:

    Stephen P. McNamara
    St. Onge Steward Johnston & Reens, LLC
    988 Bedford Street
    Stamford, CT 06905

    Daniel L. Schwartz
    Day, Berry & Howard LLP
    One Canterbury Green
    Stamford, CT 06901

    Kumiki Gibson
    Williams & Connolly LLP
    725 Twelfth Street N.W.
    Washington, DC 20005-5901

    Jacob D. Zeldes
    Edward R. Scofield
    Zeldes, Needle & Cooper, P.C.
    1000 Lafayette Blvd., Suite 500
    Bridgeport, CT 06604

*/s/ Samantha Ound*
Sandra K. Davis

40181322 v\1 - davissk - x83%01!.doc - 23407/1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

..................................................X
:
GREGG BRENTS and THE :
BRENTS CONSULTING GROUP, LLC :
: Civil Case No.
Plaintiffs, : 302CV 1958 DJS
-against- :
:
ESPRIT DE CORPS RESOURCE :
GROUP, LLC, JAMES S. HUTZEL, :
JOANNA HUTZEL, MARSHEILA DEVAN, :
ELIZABETH ROGERS, :
KREGG R. HOOD and :
DAVID HUGGINS, :
Defendants. :
..................................................X

### STIPULATED ORDER AND PARTIAL JUDGMENT
### BETWEEN PLAINTIFFS AND DEFENDANT ELIZABETH ROGERS

On December 29, 2003, Plaintiffs and Defendant Rogers (collectively, "Parties") settled all claims and counterclaims asserted by and against each of them in this action, in accordance with the terms and conditions set forth in the Confidential Settlement Agreement and General Release ("Settlement Agreement"), a copy of which is attached hereto as Exhibit A. In accordance with that agreement and with this Court's determination that this settlement is in the best interest of these Parties, IT IS HEREBY ORDERED that:

1

1. The Settlement Agreement shall be FILED UNDER SEAL as an attachment to this Stipulated Order and Partial Judgment;

2. All terms and conditions of the Settlement Agreement, which are incorporated by reference as if fully set forth herein, are hereby APPROVED, and the Parties are DIRECTED to comply with all terms and conditions;

3. All CLAIMS asserted in this action AGAINST DEFENDANT ELIZABETH ROGERS are DISMISSED WITH PREJUDICE;

4. All COUNTERCLAIMS asserted in this action BY DEFENDANT ELIZABETH ROGERS are DISMISSED WITH PREJUDICE;

5. The MOTION TO ENFORCE SETTLEMENT AGREEMENT filed by Defendant Rogers and currently pending before this Court is DENIED as moot;

6. Nothing in this Stipulated Order and Partial Judgment Between Plaintiffs and Defendant Rogers shall disturb, affect, or prejudice in any way any of the claims against Defendants Esprit de Corps Resource Group LLC, James S. Hutzel, Joanna Hutzel, Marsheila DeVan, Kregg R. Hood, and/or David Huggins ("Non-Released Parties"), or any of the counterclaims asserted by the Non-Released Parties;

7. Each Party shall bear its own attorneys fees and costs; and

2

8.  This Court shall RETAIN JURISDICTION of this action for the purpose of enforcing this Stipulated Order and Judgment, enforcing or interpreting the Settlement Agreement, or to take such other action as the Court deems necessary.

SO ORDERED, this _____ day of January, 2004.

_____

DOMINIC J. SQUATRITO, U.S.D.J.

3