UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **GREGG BRENTS, ET AL**<br>    **Plaintiffs** | : |
| v. | : CIVIL NO.: 3:02cv1958(DJS) |
| **ESPRIT DE CORPS RESOURCE GROUP, LLC, ET AL**<br>    **Defendants** | : |

### ORDER

The Consented Motion of Plaintiffs and Defendant, Elizabeth Rogers, for Order of Dismissal Pursuant to Settlement (Doc. #94) is hereby **GRANTED.** The Court hereby incorporates the terms of the Stipulated Order and Partial Judgment Between the Plaintiffs and Defendant Elizabeth Rogers (Exhibit 1 of Doc. #94) and also incorporates the Confidential Settlement Agreement and General Release dated 12/26/03 (attached to Doc. #94). Said Settlement Agreement and General Release dated 12/26/03 is hereby **ORDERED sealed as of Court's Order of January 26, 2004.** This action is hereby dismissed as to **Elizabeth Rogers only** with prejudice, subject to this Court's jurisdiction of enforcement.

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this   30th   day of January, 2004.


                                            /s/DJS
                                            Dominic J. Squatrito
                                            United States District Judge