UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Conference Calendar
Honorable Dominic J. Squatrito, U.S.D.J.
450 Main Street
Hartford
North Chambers, Suite 228, 2nd Floor

March 18, 2004

11:00 a.m.

CASE NO. **3-02-cv-1958(DJS)**    **Gregg Brents, et al v Espirit De Corps Resource Group, LLC, et al**

Mark S. Baldwin
Sandra K. Davis
Brown Rudnick Berlack Israels
CityPlace I, 185 Asylum St.
Hartford, CT 06103-3402

Ryan Duffy Costantini
Daniel Schwartz
Jonathan B. Tropp
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

Shana L. Fulton
Kumiki Gibson
Williams & Connolly
725 12th St., N.W.
Washington, DC 20005-5901

Stephen P. McNamara
Mark J. Speciner
St. Onge, Steward, Johnston & Reens
986 Bedford St.
Stamford, CT 06905-5619

Edward R. Scofield
Jacob Zeldes
Zeldes, Needle & Cooper
1000 Lafayette Blvd., Suite 500
PO Box 1740
Bridgeport, CT 06601-1740

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK