UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **GREGG BRENTS, ET AL**<br>    **Plaintiffs** | : |
| v. | : CIVIL NO.: 3:02cv1958(DJS) |
| **ESPRIT DE CORPS RESOURCE**<br>**GROUP, LLC, ET AL**<br>    **Defendants** | : |

ORDER OF REFERENCE TO

<u>A UNITED STATES MAGISTRATE JUDGE</u>

In the interest of justice, the above identified case is hereby referred to <u>Thomas P. Smith</u>, United States Magistrate Judge for the purpose of a settlement conference only.

Apart from the referral for this limited purpose, all other aspects of this case, including scheduling and suspension of discovery, shall be the direct responsibility of the undersigned. This settlement conference shall not interfere with the filing of the joint trial memorandum.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___18th___ day of March, 2004.

                                              /s/DJS
                                              Dominic J. Squatrito
                                              United States District Judge