UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GREGG BRENTS, ET AL<br>    Plaintiffs | : |
| v. | : CIVIL NO.: 3:02cv1958(DJS) |
| ESPRIT DE CORPS RESOURCE<br>GROUP, LLC, ET AL<br>    Defendants | : |

### ORDER

Pursuant to a telephone conference held on March 18, 2004, the following will control the pretrial proceedings in this case until further order of this Court. Discovery, including all discovery relating to expert witnesses will be completed by **July 30, 2004**. Dispositive motions, if any, will be filed by **August 31, 2004**. A joint trial memorandum shall be filed by **September 27, 2004**. This case shall be trial ready **October, 2004**. If the parties cannot agree to the filing of the joint trial memorandum, each party shall file their trial memorandum separately. If a dispositive motion is filed, the memorandum shall be **filed** within 30 days of any decision of the court on such dispositive motion. The filing of dispositive motions shall not stay discovery.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   18th   day of March, 2004.

/s/DJS
Dominic J. Squatrito
United States District Judge