UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 APR -5  P 2: 14

BRENTS, ET AL
    -Plaintiff(s)

-v-                            NO. 3-02 CV 1958 (DJS)

ESPIRIT DE CORPS RESOURCE
GROUP, ET AL
    -Defendant(s)

### ORDER

A settlement conference will be held before the undersigned on **OCTOBER 1, 2004, at 10:00 a.m.** Counsel shall be accompanied by the appropriate persons with the authority to settle. It will not be sufficient for such individuals to be "available by telephone." See <u>Nick v. Morgan's Foods, Inc</u>., 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000).

IT IS SO ORDERED.

Dated at Hartford, Connecticut, this 5th day of April, 2004.

Thomas P. Smith
United States Magistrate Judge