# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GREGG BRENTS and THE BRENTS CONSULTING GROUP, LLC, | : | CIVIL ACTION NO.: |
| | : | 302CV1958(DJS) |
| Plaintiffs, | : | |
| VS. | : | |
| ESPRIT DE CORPS RESOURCE GROUP, LLC, JAMES S. HUTZEL, JOANNA HUTZEL, MARSHEILA DEVAN, ELIZABETH ROGERS, KREGG R. HOOD and DAVID HUGGINS, | : | |
| Defendants. | : | AUGUST 11, 2004 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned, a counsel of record for Defendant, hereby moves the Court for an order pursuant to Rule 7(e) of the Local Rules of Civil Procedure granting him leave to withdraw his appearance on behalf of Defendants Esprit de Corps Resource Group, LLC, James S. Hutzel, Joanna Hutzel, Marsheila DeVan, Kregg R. Hood and David Huggins in the above-captioned action.

The undersigned recently has left the firm of Day, Berry & Howard LLP and will be joining the firm of LeBoeuf, Lamb, Greene & MacRae, L.L.P. in September. Esprit de Corps Resource Group, LLC, James S. Hutzel, Joanna Hutzel, Marsheila DeVan, Kregg R. Hood and David Huggins will continue with Day, Berry & Howard LLP, specifically Daniel L. Schwartz, Esq. Attorney Schwartz has appeared in this matter. Therefore, the Defendant is represented by counsel.

WHEREFORE, for the forgoing reasons, the undersigned respectfully requests that the Court grant this motion to withdraw appearance.

DATED: August 11, 2004

_____
Ryan D. Costantini, Esq. (ct 24548)

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this 11th day of August, 2004, via regular mail, postage prepaid, to:

      Stephen P. McNamara, Esq.
      Mark J. Speciner, Esq.
      St. Onge Steward Johnston & Reens, LLC
      986 Bedford Street
      Stamford, CT 06905

      Kumuki Gibson, Esq.
      Williams & Connolly LLP
      725 Twelfth St., N.W.
      Washington, DC 20005

      Mark S. Baldwin, Esq.
      Sandra K. Davis, Esq.
      Brown Rudnick Berlack Israels LLP
      CityPlace I, 185 Asylum Street
      Hartford, CT 06103-3402

      Jacob D. Zeldes, Esq.
      Edward R. Scofield, Esq.
      Zeldes, Needle & Cooper, P.C.
      1000 Lafayette Boulevard, Suite 500
      Bridgeport, CT 06604

      Daniel L. Schwartz, Esq.
      Day, Berry & Howard LLP
      One Canterbury Green
      Stamford, CT 06901

                            Ryan D. Costantini