UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

..............................................X
:
GREGG BRENTS and THE :
BRENTS CONSULTING GROUP, LLC :
: Civil Case No.
Plaintiffs, : 302CV 1958 DJS
-against- :
:
ESPRIT DE CORPS RESOURCE :
GROUP, LLC, JAMES S. HUTZEL, :
JOANNA HUTZEL, MARSHEILA DEVAN, :
ELIZABETH ROGERS, :
KREGG R. HOOD and :
DAVID HUGGINS, :
Defendants. :
..............................................X    October 15, 2004

**JOINT MOTION FOR ENTRY OF STIPULATED ORDER AND JUDGMENT**

Plaintiffs and Defendant Elizabeth Rogers having previously stipulated to a partial judgment of dismissal as to the claims involving defendant Rogers, only, Plaintiffs and the remaining Defendants Esprit de Corps Resources Group, LLC, James S. Hutzel, Joanna Hutzel, Marsheila Devan, Kregg R. Hood, and David Huggins (collectively, "Parties"), by Agreement dated October 4, 2004, have now settled all claims and counterclaims asserted by and against each of them in this action, in accordance with the terms and conditions set forth in the parties' Confidential Settlement Agreement and General Release ("Settlement Agreement"). In accordance with that agreement the parties now jointly move for the entry of the attached Stipulated Order and Judgment ("the Order").

At the suggestion of United States Magistrate Judge Thomas P. Smith, the parties propose to retain copies of the Settlement Agreement, to be filed with the

Court, under seal, in the event any dispute should arise requiring the Court's supervision, as set out in the Stipulated Order and Judgment.

WHEREFORE, the parties hereby stipulate to a judgment as set out in the Stipulated Order and Judgment that accompanies this motion and respectfully request that the Court enter the Order.

Respectfully submitted,

_____
Edward R. Scofield (ct00455)

ZELDES, NEEDLE & COOPER, P.C.
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, CT 06601-1740
Phone: (203) 333-9441
Fax: (203) 333-1489
E-Mail: escofield@znclaw.com

*Counsel for Plaintiffs Gregg Brents and Brents Consulting Groups LLC*

_____
Daniel L. Schwartz (ct09862)

Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901-2047
Phone: (203) 977-7300
Fax: (203) 977-7301
E-Mail: dlschwartz@dbh.com

*Counsel for Defendants, Esprit De Corps Resource Group, LLC, James S. Hutzel, Joanna Hutzel, Marsheila Devan, Kregg R. Hood, and David Huggins*