UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2004 OCT 19 P 3:48

U.S. DISTRICT COURT

---------------------------------------------------X

GREGG BRENTS and THE
BRENTS CONSULTING GROUP, LLC

       Plaintiffs,

   -against-

ESPRIT DE CORPS RESOURCE
GROUP, LLC, JAMES S. HUTZEL,
JOANNA HUTZEL, MARSHEILA DEVAN,
ELIZABETH ROGERS,
KREGG R. HOOD and
DAVID HUGGINS,

       Defendants.

---------------------------------------------------X

Civil Case No.
302CV 1958 DJS

October 15, 2004

## STIPULATED ORDER AND JUDGMENT

Plaintiffs and Defendant Elizabeth Rogers having previously stipulated to a partial judgment of dismissal as to the claims involving defendant Rogers, only, Plaintiffs and the remaining Defendants Esprit de Corps Resource Group, LLC, James S. Hutzel, Joanna Hutzel, Marsheila Devan, Kregg R. Hood, and David Huggins (collectively, "Parties"), by Agreement dated October 4, 2004, have now settled all claims and counterclaims asserted by and against each of them in this action, in accordance with the terms and conditions set forth in the parties' Confidential Settlement Agreement and General Release ("Settlement Agreement"). In accordance with that agreement and with this Court's determination that this settlement is in the best interest of these Parties, IT IS HEREBY ORDERED that:

71253314_1.DOC 024306-00000
October 15, 2004 4:59 PM

1. The Settlement Agreement shall be RETAINED BY COUNSEL TO THE PARTIES;

2. All terms and conditions of the Settlement Agreement, which have been discussed with and approved by United States Magistrate Smith and which are incorporated by reference as if fully set forth herein, are hereby APPROVED, and the Parties are DIRECTED to comply with all terms and conditions;

3. All CLAIMS asserted in this action AGAINST DEFENDANTS are DISMISSED WITH PREJUDICE;

4. All COUNTERCLAIMS asserted in this action AGAINST PLAINTIFFS are DISMISSED WITH PREJUDICE;

5. Each Party shall bear its own attorneys fees and costs; and

6. This Court shall RETAIN JURISDICTION of this action for the purpose of enforcing this Stipulated Order and Judgment, enforcing or interpreting the Settlement Agreement, or to take such other action as the Court deems necessary.

SO ORDERED, this 19th day of October, 2004.

DOMINIC J. SQUATRITO
United States District Judge